IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION (RALEIGH)
Civil Action No.: 5:15-cv-664

| | |
|---|---|
| SENECA SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LEONARD ALAN MIXON d/b/a SPARTAN I, WENDY ALLEN, ANGELA HARVEY, CLARENCE LUPTON, TIONNA MELENDEZ, JUDY RADFORD, EVELYN LOFTON, LAKIA DISMEL and GAIL KANON,<br><br>    Defendants. | **ENTRY OF DEFAULT AGAINST ALL DEFENDANTS** |

WHEREAS, it has been made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Plaintiff's Motion for Entry of Default, that Defendants Leonard Alan Mixon d/b/a Spartan I, Wendy Allen, Angela Harvey, Clarence Lupton, Tionna Melendez, Judy Radford, Evelyn Lofton, Lakia Dismel and Gail Kanon are subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendants Leonard Alan Mixon d/b/a Spartan I, Wendy Allen, Angela Harvey, Clarence Lupton, Tionna Melendez, Judy Radford, Evelyn Lofton, Lakia Dismel and Gail Kanon in this action.

SO ORDERED. This the 22nd day of December, 2016.

_____
Julie Richards Johnston
Clerk of Court